UNITED STATES DISTRICT COURT  MAGISTRATE JUDGE'S MINUTES
SOUTHERN DISTRICT OF CALIFORNIA - Yuma

DATE: 5/28/2008     CASE NUMBER: 08-15784M-SD     [CLOSED]

USA vs. Luis Esau Canjura-Mejia

U.S. MAGISTRATE JUDGE: JAY R. IRWIN   #: 70BK

A.U.S. Attorney _____   INTERPRETER Ricardo Gonzalez
                                          LANGUAGE Spanish

Attorney for Defendant Juan Rocha (AFPD)
MATERIAL WITNESS(es): _____
MATERIAL WITNESS(es) state true name(s) to be: _____
Attorney for Material Witness(es): __

DEFENDANT: ☒ PRESENT  ☐ NOT PRESENT  ☒ CUSTODY
DOA___
☐ Financial Afdvt taken        ☐ Initial Appearance           ☐ Appointment of counsel hearing held
☐ Rule 5(c)(3)                 ☐ Defendant Sworn              ☐ Financial Afdvt sealed
                               ☐ Defendant states true name to be ___. Further proceedings ORDERED
                                 in Defendant's true name.

| DETENTION HEARING:<br>☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>Set for:<br>Before:<br>☐ Defendant ordered temporarily detained in the custody of the United States Marshal<br>☐ Defendant ordered released _____<br>☐ Defendant continued detained pending trial<br>  ☐ Flight risk  ☐ Danger | IDENTITY HEARING:<br>☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br><br>☐ Warrant of removal issued. |
|---|---|
| PRELIMINARY HEARING:<br>☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br>☐ Probable cause found  ☐ Dismissed<br>☐ Held to answer before District Court | STATUS HEARING: re: Waiver of Venue<br>☒ Held ☐ Con't ☐ Reset<br><br>Set for:<br>Before: |

Other: Government moves for dismissal of complaint. Defense does not object. Court dismisses case without prejudice. Case is closed.

Recorded by Courtsmart
BY: Angela J. Tuohy
Deputy Clerk

UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF CALIFORNIA - Yuma

MAGISTRATE JUDGE'S MINUTES

DATE: 5/23/08   CASE NUMBER: 08-15784M-SD

USA vs. Luis Esau Canjura-Mejia

U.S. MAGISTRATE JUDGE: JAY R. IRWIN   #: 70BK

A.U.S. Attorney _____   INTERPRETER  Ricardo Gonzalez  
                                           LANGUAGE  Spanish

Attorney for Defendant  Juan Rocha (AFPD)  
MATERIAL WITNESS(es): _____  
MATERIAL WITNESS(es) state true name(s) to be: _____  
Attorney for Material Witness(es): __

DEFENDANT: ☒ PRESENT  ☐ NOT PRESENT  ☒ CUSTODY

DOA 5/21/08  
☐ Financial Afdvt taken   ☒ Initial Appearance            ☒ Appointment of counsel hearing held  
☐ Rule 5(c)(3)            ☒ Defendant Sworn               ☐ Financial Afdvt sealed  
                          ☐ Defendant states true name to be ___. Further proceedings ORDERED in Defendant's true name.

| DETENTION HEARING: | IDENTITY HEARING: |
|---|---|
| ☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>Set for:<br>Before:<br>☒ Defendant ordered temporarily detained in the custody of the United States Marshal<br>☐ Defendant ordered released _____<br>☐ Defendant continued detained pending trial<br>   ☐ Flight risk ☐ Danger | ☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br><br>☐ Warrant of removal issued. |
| PRELIMINARY HEARING: | STATUS HEARING: re: Waiver of Venue |
| ☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br>☐ Probable cause found  ☐ Dismissed<br>☐ Held to answer before District Court | ☐ Held ☐ Con't ☐ Reset<br><br>Set for:   5/28/08 at 2:30 pm<br>Before:    Magistrate Judge Irwin |

Other: Defendant declines to sign waiver of venue. Government moves for a continuance. Defense requests that Government justify their motion. Government explains reason for motion. Court grants motion and sets status hearing.

Recorded by Courtsmart  
BY: Angela J. Tuohy  
Deputy Clerk

5/21

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
Luis Esau CANJURA-Mejia
Citizen of El Salvador
YOB: 1985
095734488
Illegal Alien

CRIMINAL COMPLAINT

CASE NUMBER: 08-15784M-SD

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

### COUNT I

That on or about May 19, 2008, near San Ysidro, California in the Southern District of California, Defendant Luis Esau CANJURA-Mejia, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers of the United States of America, in violation of Title 8, United States Code, Section 1325 (Misdemeanor).

Continued on the attached sheet and made a part hereof.  ☒ Yes  ☐ No

Signature of Complainant
For Carlos Diaz
Senior Patrol Agent

Sworn to before me and subscribed in my presence,

May 23, 2008                          at         Yuma, Arizona
Date                                                City and State

Jay R. Irwin, U.S. Magistrate
Name & Title of Judicial Officer         Signature of Judicial Officer

STATEMENT OF FACTUAL BASIS

Defendant: Luis Esau CANJURA-Mejia

Dependents: 2 El Salvadors

**IMMIGRATION HISTORY:** The Defendant is an illegal alien.

**CRIMINAL HISTORY:**

| **DATE/LOCATION** | **OFFENSE** | **DISPOSITION** |
|---|---|---|

None Found

Narrative: The Defendant, an illegal alien, was encountered by Yuma Border Patrol agents near Blythe, California.

On May 21, 2008, Supervisory Border Patrol Agent James Joslin was assigned to work as the inside Duty Supervisor. The 1151 Checkpoint located at mile post 56.2 on California Highway 78 near Palo Verde, California and the 1153 Checkpoint located at mile post 73.5 on Highway 95 near Quartzsite, Arizona were fully operational with all lights, signs and cones in place. At approximately 9:30 a.m. Supervisory Border Patrol Agent (SBPA) Joslin received a phone call from SBPA Daniel Castro from Border Patrol office in El Centro, Calirfornia. SBPA Castro was working on the El Centro Sector Smuggler Targeting Action Team (STAT) and was calling to give information of an illegal alien smuggling load coming through our area of operation.

SBPA Castro stated that he had information that the smuggling load was traveling north on Arizona State Highway 95 and would be exiting at the Martinez Lake Road and continuing north across the desert to Cibola, Arizona. SBPA Castro described the vehicle as a white extended cab pick-up with California license plates. This is a common route used by alien smugglers in order to circumvent both the 1151 and 1153 checkpoints. At approximately 10:35 a.m., sensor patterns indicated that his information was correct. SBPA Gary Davis, Border Patrol Agents Joshua Vanfossan, Jesse Martinez, and Reyes Fimbres all responded to the Cibola, Arizona area. At approximately 11:30 a.m., SBPA Castro called back and stated that the vehicle had already passed through Cibola, Arizona and was northbound on Highway 78. SBPA Joslin and Agent Vanfossan both went to the intersection of I-10 and Highway 78.

SBPA Joslin and Agent Vanfossan observed a vehicle matching the description given by SBPA Castro and the vehicle appeared to be heavily

laden as if the suspension was overloaded. SBPA Joslin observed the vehicle as it entered I-10 westbound from Highway 78. As the vehicle entered I-10, SBPA Joslin could see from the higher view point of highway 78 that the bed of the truck was covered with a black tarp. This is a common tactic used by alien smugglers to conceal their illegal cargo. SBPA Joslin ran record checks on the vehicles license plate (California 8N51881). Record checks returned to a registered owner; Antonio J. Figueroa with address of 799 E. Main Street, El Centro, California 92243. SBPA Joslin has arrested numerous illegal alien smuggling loads in vehicles registered in El Centro, California.

SBPA Joslin and Agent Vanfossan activated their emergency equipment in order to stop the vehicle and conducted an immigration inspection on the vehicles occupants. The vehicle yielded on the shoulder of I-10 westbound approximately 2 miles east of the Wileys Well exit, near Blythe, California. SBPA Joslin and Agent Vanfossan approached the vehicle and could immediately see people hidden under the tarp in the bed of the truck. SBPA Joslin identified himself as a Border Patrol Agent to the Driver, later identified as Luis Esau CANJURA-Mejia. SBPA Joslin questioned CANJURA as to his citizenship. CANJURA stated that he was a citizen of Mexico and that he didn't have any documents allowing him to legally remain in the United States.

Inside the cab of the truck was a front seat passenger and an additional four subjects laying on the rear floor board of the vehicle behind the front seat. Inside the bed of the truck under the black tarp were seven additional subjects. All subjects were questioned individually as to their citizenship. All subjects stated that they were citizens of Mexico illegally in the United States. All subjects also admitted that they were not in possession of any immigration documents that would allow them to legally remain in the United States. All subjects were taken into DHS custody and transported to the Blythe Border Patrol Station for processing.

During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

Charges:   8 USC1325                              (Misdemeanor)

_____
Signature

Sworn to before me and subscribed in my presence,

May 23, 2008
Date

_____
Signature of Judicial Officer